AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**FILED**
DEC 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

WILLIAM E. YATES

## CRIMINAL COMPLAINT

CASE NUMBER: 07-647-M-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 15, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__ .

I further state that I am __OFFICER ALFONSO MATOS__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

X _____
Signature of Complainant
OFFICER ALFONSO MATOS
FOURTH DISTRICT, MPD

Sworn to before me and subscribed in my presence,

DEC 17 2007                                  at    Washington, D.C.
Date   JOHN M. FACCIOLA                            City and State
       U.S. MAGISTRATE JUDGE
_____              _____
Name & Title of Judicial Officer             Signature of Judicial Officer
                                             JOHN M. FACCIOLA
                                             U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On December 15, 2007, sworn officers with the Metropolitan Police Department's Fourth District executed a D.C. Superior Court search warrant at
D.C.  Officers found the defendant, William Yates, alone in his bedroom.  Recovered from Yates' bedroom were several bags containing a weed-like substance, a ziploc bag with small bags containing  a white rock-like substance, several empty pink ziploc bags, an electrical weighing machine, and a fire proof safe.  Officers opened the safe and recovered several large ziplocs containing a white rock-like substance, a loaded Davis .380 caliber semi-automatic pistol, $241.00 in U.S. Currency, a white powder substance, and mail matter in defendant Yates' name.  A portion of the white rock-like substance field tested positive for cocaine, and a portion of the weed-like substance field tested positive for THC.  A portion of the white powder substance field tested positive for opiates.  The white rock-like substance appeared to be crack cocaine.  The approximate weight of the white rock-like substance was 66 grams which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.  When officers initially entered the bedroom, the defendant asked officers what were they doing in his room, and that he needed to see a warrant.

x _____
OFFICER ALFONSO MATOS
FOURTH DISTRICT, MPD

DEC 17 2007

SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF DECEMBER, 2007.

_____
U.S. MAGISTRATE JUDGE

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE