UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 08-003 (JDB) |
| | : | |
| **WILLIAM E. YATES,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**JOINT MOTION TO CONTINUE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant respectfully move this Court to continue the status hearing that is currently scheduled for July 7, 2008. In support of this motion the parties state as follows:

On June 20, 2008, the parties learned that Heather Shaner was appointed to represent one of the witnesses that would like to speak with the government concerning the instant case. Ms. Shaner apparently met with her client on June 26, 2008. On June 23, 2008, the parties learned that Alan Baylis represents the second witness. While Mr. Baylis has met with his client, Mr. Baylis informed government counsel that due to his schedule he is unable to meet with the government until after July 4, 2008. Despite the parties' best efforts to have this matter involving the two witnesses concluded by July 7, 2008, due to scheduling conflicts this will not be accomplished. Because government counsel and counsel for the defendant are scheduled to start a trial before the Honorable Paul Friedman on July 7, 2008, and that trial is expected to last four to five days, the parties will be able to meet with Mr. Baylis and his client at the earliest the week of July 14, 2008. Therefore, the government and the defendant respectfully request that the

status hearing currently scheduled for July 7, 2008, be continued and re-set for the week of July 28, 2008, or thereafter.

    WHEREFORE, for the reasons stated above, the parties respectfully request that the status hearing scheduled for July 7, 2008, be continued.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney


By:    /s/
    Karla-Dee Clark
    Assistant United States Attorney
    D.C. Bar No. 435-782
    555 Fourth Street, N.W., Room 4846
    Washington, D.C. 20530
    (202) 305-1368
    Karla-Dee.Clark@usdoj.gov


    /s/
    Charles Daum, Esq.
    Counsel for the Defendant
    736 5th Street, N.E.
    Washington, D.C. 20002
    (202) 546-8886
    charlesdaum@verizon.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 08-003 (JDB) |
| | : | |
| **WILLIAM E. YATES,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

ORDER

The United States of America and the Defendant William Yates, having jointly filed a Motion to Continue the status hearing scheduled for July 7, 2008, in connection with the above case, it is by the Court this _____ day of July, 2008,

ORDERED that the Joint Motion To Continue is granted, and it is further

ORDERED that the status hearing scheduled for July 7, 2008, is hereby vacated, and it is further

ORDERED that a new status hearing will be re-set by this Court.

                                        _____
                                        John D. Bates
                                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 08-003 (JDB)** |
| : | |
| **WILLIAM E. YATES,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

ORDER

The United States of America and the Defendant William Yates, having jointly filed a Motion to Continue the status hearing scheduled for July 7, 2008, in connection with the above case, it is by the Court this _____ day of July, 2008,

ORDERED that the Joint Motion To Continue is granted, and it is further

ORDERED that the status hearing scheduled for July 7, 2008, is hereby vacated, and it is further

ORDERED that a status hearing is scheduled for August 20, 2008, and it is further

ORDERED that because the defendant agrees to waive his speedy trial rights and the time period between July 7, 2008, and the status hearing scheduled for August 20, 2008, the Court finds in the interest of justice the time period between July 7, 2008 and August 20, 2008, shall be excluded for purposes of the Speedy Trial Act.

_____
John D. Bates
United States District Judge