UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 08-003 (JDB)** |
| : | |
| **WILLIAM E. YATES,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

ORDER

The United States of America and the Defendant William Yates, having jointly filed a Motion to Continue the status hearing scheduled for July 7, 2008, in connection with the above case, it is by the Court this _____ day of July, 2008,

ORDERED that the Joint Motion To Continue is granted, and it is further

ORDERED that the status hearing scheduled for July 7, 2008, is hereby vacated, and it is further

ORDERED that a status hearing is scheduled for August 20, 2008, and it is further

ORDERED that because the defendant agrees to waive his speedy trial rights and the time period between July 7, 2008, and the status hearing scheduled for August 20, 2008, the Court finds in the interest of justice the time period between July 7, 2008 and August 20, 2008, shall be excluded for purposes of the Speedy Trial Act.

_____
John D. Bates
United States District Judge